# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GREG HESLEP and KEITH HESLEP                                    PLAINTIFFS

v.                              No. 4:17CV00410 JLH

ARKANSAS GAME & FISH COMMISSION;
PORTANNE GEORGETOWN, INC.;
and UNITED STATES DEPARTMENT
OF AGRICULTURE                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, the complaint of Greg Heslep and Keith Heslep is dismissed without prejudice.

IT IS SO ORDERED this 13th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE